**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 04-2339

_____

KATHRYN FLOYD CAUSEY,

Plaintiff - Appellant,

versus

COLEMAN RANDALL, Human Resources Manager; CITY
OF MYRTLE BEACH SC,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Thomas E. Rogers, III, Magistrate
Judge.  (CA-03-1068)

_____

Submitted:  March 10, 2005          Decided:  May 12, 2005

_____

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kathryn Floyd Causey, Appellant Pro Se.  Vance J. Bettis, Reyburn
Williams Lominack, III, GIGNILLIAT, SAVITZ & BETTIS, Columbia,
South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kathryn Floyd Causey appeals the magistrate judge's order denying relief without prejudice in her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge.[*] See Causey v. Randall, No. CA-03-1068 (D.S.C. Sept. 30, 2004). Causey's motion for preparation of a transcript at government expense is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]The parties consented to proceed before the magistrate judge under 28 U.S.C. § 636(c) (2000).